UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL D. KNIGHT,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLY BANK, ET AL.,<br><br>　　　Defendants. | Civil Action No. 3:16-cv-00910-AVC |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to D. Conn. L. Civ. R. 7(a) and Fed R. Civ. P. 12 (b)(6), defendants Ally Bank, Ally Financial, Inc., Ally Auto Assets, LLC and Deutsche Bank Trust Company Americas as Trustee for the Ally Auto Receivables Trust 2015-2, respectfully move the Court for an Order dismissing plaintiff's Complaint in its entirety, with prejudice.  The reasons for Defendants' motion to dismiss are set forth in detail in the accompanying memorandum of law.  In brief, plaintiff Michael Knight's complaint avers that Mr. Knight purchased a car on credit from Ally Bank but is no longer responsible for the debt because the account was securitized, thereby relieving Mr. Knight of his contractual obligations.  This theory, while somewhat novel in the automobile financing context, has been roundly rejected in the residential mortgage loan context.  The simple fact of the matter is that even if Mr. Knight's account was securitized (which it was not), the securitization had no impact on *his* contractual obligations and certainly did not give rise to any actionable claims.  Accordingly, and as discussed in the accompanying memorandum of law, the motion to dismiss should be granted.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, Defendants respectfully move for an Order dismissing the complaint for failure to state a claim upon which relief may be granted.

Respectfully submitted,

Defendants
ALLY BANK, ALLY FINANCIAL, INC., ALLY AUTO ASSETS, LLC AND DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR THE ALLY AUTO RECEIVABLES TRUST 2015-2
By their attorneys,

/s/ Michael T. Grant_____
Michael T. Grant (ct27968)
LeClairRyan, *A Professional Corporation*
One International Place, Suite 1110
Boston, MA 02110
Tel: (617) 502-8200
Fax: (617) 502-8201
michael.grant@leclairrryan.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and sent to all non-registered participants via email on September 16, 2016.

                                        /s/ Michael T. Grant