**UNITED STATES DISTRICT COURT**
                    **DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL D. KNIGHT,                : | |
|   plaintiff,                      : | |
|                                   : | |
|      v.                           : | case no. 3:16cv910(AVC) |
|                                   : | |
| ALLY BANK, et al.,                : | |
|   defendants.                     : | |

## JUDGMENT

This action having come before the court for consideration of the defendants' motion to dismiss and,

The court having considered the motion and the record of the case, and having granted the defendants' motion to dismiss on December 8, 2016, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 27th day of February 2017 at Hartford, Connecticut.

                                        ROBIN TABORA, Clerk


                                        By: __/s /_____
                                        Renee Alexander
                                        Deputy Clerk

Entered on date:    3/1/2017